## SIMMONS *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 25, September Term, 1965.]

*Decided November 12, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, OPPENHEIMER and McWILLIAMS, JJ.

PER CURIAM.

The applicant, Charles T. Simmons, sought leave to enter a belated appeal from the order of Judge Turnbull, dated April 23, 1964, recommitting him to Patuxent Institution after a redetermination that he was still a defective delinquent. For the reasons stated by Judge Jenifer in an opinion on file in the lower court, this application for leave to appeal from the order denying the belated appeal is hereby denied.

*Application denied.*